UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Laquavis O'Neal Jordan**  Docket No. 5:16-CR-218-2H

**Petition for Action on Supervised Release**

COMES NOW Jonathan A. Holmes, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Laquavis O'Neal Jordan, who, upon an earlier plea of guilty to 21 U.S.C. § 846 and 21 U.S.C. § 541(b)(1)(C), Conspiracy to Distribute and Possession With Intent to Distribute a Quantity of Cocaine Base (Crack), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on February 14, 2017, to the custody of the Bureau of Prisons for a term of 36 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Laquavis O'Neal Jordan was released from custody on April 24, 2019, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Following the defendant's last positive test for marijuana and cocaine on August 14, 2019, the defendant has not attended treatment, missed drug tests, and missed multiple appointments with this officer.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 60 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,   I declare under penalty of perjury that the foregoing is true and correct.

/s/ Van R. Freeman, Jr.   /s/ Jonathan A. Holmes
Van R. Freeman, Jr.   Jonathan A. Holmes
Deputy Chief U.S. Probation Officer   U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 9196104087
Executed On: September 13, 2019

Laquavis O'Neal Jordan
Docket No. 5:16-CR-218-2H
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___19th___ day of ___September___, 2019, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge